**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In The Matter Of: | CASE NUMBER: 11-05848-BKT |
| ELOY PEREZ HERNANDEZ | |
| Debtor | Chapter 13 |

### JOINT NOTICE OF TRANSFER OF CLAIM PURSUANT TO
### FRBP RULE 3001 (e) (2) AND WAIVER OF OPPORTUNITY TO OBJECT

<u>FIDELITY NATIONAL TITLE INS. CO.</u> (the "Transferee/Assignee") and <u>DORAL BANK</u> (the "Transferor/Assignor") do hereby provide joint notice of the unconditional sale and transfer of all right, title, and interest in and to the Claim referenced hereinafter (the "Bankruptcy Claim").

Claim Number --03          Amount Claimed $426,848.74

Pursuant to Bankruptcy Rule 3001 (e) (2) and the foregoing assignment, the Transferor/Assignee hereby request that it be immediately substituted upon the docketing of this Joint – Notice of Transfer of Claim for all purposes in these proceedings. The Transferor/Assignor concurs with the request and, pursuant to the attached Waiver of Notice of Transfer of Claim, hereby informs the court that it has been notified of the transfer and declines its opportunity to object under FRBP 3001 (e) (2).

Dated: In San Juan, Puerto Rico, on June 13, 2012.

| ASSIGNOR/TRANSFEROR | ASSIGNEE/TRANSFEREE |
|---|---|
| NAME: Doral Bank | NAME: Fidelity National Title Ins. Co. |
| **SERGIO A. RAMÍREZ DE ARELLANO LAW OFFICES** | Successor by merger to Lawyers Title Ins. Co. c/o Carlos E. Rodriguez Quesada, Law Offices |
| SUITE 1022, BANCO POPULAR CENTER | PO Box 9023115 |
| 209 MUÑOZ RIVERA AVENUE | San Juan, PR 00902-3115 |
| SAN JUAN, PR 00918-1009 | TEL: 787-724-2867 |
| TELEPHONE NO. (787) 765-2988 | cerqlaw@coqui.net |
| sramirez@sarlaw.com | |

(SEE ATTACHED WAIVER)

## WAIVER OF NOTICE OF TRANSFER CLAIM

<u>Doral Bank</u> ("Transferor") is a corporation organized under the laws of Puerto Rico, maintaining place of business at San Juan, PR. Transferor has endorsed a promissory note for $467,000 guaranteed with a mortgage over real property of the estate of Debtor Eloy Perez Hernandez to Fidelity National Title Ins. Co. ("Transferee"). Transferee is successor by merger to Lawyers Title Insurance Corporation. The Transferee has agreed to subordinate the transferred note to a lien junior to the lien in favor of Santander Banco Santander – Puerto Rico. Both notes to remain guaranteed as first and second mortgages over the property of the bankruptcy estate of caption.

A proof of claim with respect to the Account transferred was filed under the following names:

<u>Doral Bank</u>

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Transfer of Claim filed by Transferee pursuant to Federal Rule of Bankruptcy Procedure 3001 (e) (2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim by transferee.

A copy of this Waiver shall have the same force and effect as the original.

### NOTICE OF RESPONSE TIME

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

| | |
|---|---|
| Transferor<br>By: Doral Bank<br>**SERGIO A. RAMÍREZ DE ARELLANO LAW OFFICES**<br>SUITE 1022, BANCO POPULAR CENTER<br>209 MUÑOZ RIVERA AVENUE<br>SAN JUAN, PR 00918-1009<br>TELEPHONE NO. (787) 765-2988<br>sramirez@sarlaw.com | Filed By:<br>Fidelity National Title Ins. Co.<br>Successor by merger to<br>Lawyers Title Ins.<br>c/o Carlos E. Rodriguez<br>Quesada   Law Offices<br>PO Box 9023115<br>San Juan, PR 00902-3115<br>TEL: 787-724-2867<br>cerqlaw@coqui.net |