B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Puerto Rico

In re ELOY PEREZ HERNANDEZ,                         Case No. 11-05848 BKT

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Fidelity National Title Ins. Co.
Name of Transferee

Doral Bank
Name of Transferor

Name and Address where notices to transferee should be sent:
Carlos E Rodriguez Quesada Law Office
PO Box 9023115, San Juan, PR 00902

Court Claim # (if known): 03
Amount of Claim: $426,848.74
Date Claim Filed: 08/03/2011

Phone: 787-724-2867
Last Four Digits of Acct #: _____

Phone: 787-765-2988
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Carlos E Rodriguez Quesada                   Date: 06/14/2012
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In The Matter Of:<br><br>ELOY PEREZ HERNANDEZ<br><br>Debtor | CASE NUMBER: 11-05848-BKT<br><br><br><br>Chapter 13 |

### JOINT NOTICE OF TRANSFER OF CLAIM PURSUANT TO
### FRBP RULE 3001 (e) (2) AND WAIVER OF OPPORTUNITY TO OBJECT

<u>FIDELITY NATIONAL TITLE INS. CO.</u> (the "Transferee/Assignee") and <u>DORAL BANK</u> (the "Transferor/Assignor") do hereby provide joint notice of the unconditional sale and transfer of all right, title, and interest in and to the Claim referenced hereinafter (the "Bankruptcy Claim").

Claim Number --03          Amount Claimed $426,848.74

Pursuant to Bankruptcy Rule 3001 (e) (2) and the foregoing assignment, the Transferor/Assignee hereby request that it be immediately substituted upon the docketing of this Joint – Notice of Transfer of Claim for all purposes in these proceedings. The Transferor/Assignor concurs with the request and, pursuant to the attached Waiver of Notice of Transfer of Claim, hereby informs the court that it has been notified of the transfer and declines its opportunity to object under FRBP 3001 (e) (2).

Dated:  In San Juan, Puerto Rico, on June 13, 2012.

| ASSIGNOR/TRANSFEROR | ASSIGNEE/TRANSFEREE |
|---|---|
| NAME: Doral Bank | NAME:  Fidelity National Title Ins. Co. |
| **SERGIO A. RAMÍREZ DE ARELLANO LAW OFFICES** | Successor by merger to Lawyers Title Ins. Co.<br>c/o Carlos E. Rodriguez Quesada, Law Offices |
| SUITE 1022, BANCO POPULAR CENTER | PO Box 9023115 |
| 209 MUÑOZ RIVERA AVENUE | San Juan, PR 00902-3115 |
| SAN JUAN, PR 00918-1009 | TEL: 787-724-2867 |
| TELEPHONE NO. (787) 765-2988 | cerqlaw@coqui.net |
| sramirez@sarlaw.com | |

(SEE ATTACHED WAIVER)

## WAIVER OF NOTICE OF TRANSFER CLAIM

<u>Doral Bank</u> ("Transferor") is a corporation organized under the laws of Puerto Rico, maintaining place of business at San Juan, PR<u>.</u> Transferor has endorsed a promissory note for $467,000 guaranteed with a mortgage over real property of the estate of Debtor Eloy Perez Hernandez to Fidelity National Title Ins. Co. ("Transferee"). Transferee is successor by merger to Lawyers Title Insurance Corporation. The Transferee has agreed to subordinate the transferred note to a lien junior to the lien in favor of Santander Banco Santander – Puerto Rico. Both notes to remain guaranteed as first and second mortgages over the property of the bankruptcy estate of caption.

A proof of claim with respect to the Account transferred was filed under the following names:

Doral Bank

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Transfer of Claim filed by Transferee pursuant to Federal Rule of Bankruptcy Procedure 3001 (e) (2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim by transferee.

A copy of this Waiver shall have the same force and effect as the original.

### NOTICE OF RESPONSE TIME

Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

| | |
|---|---|
| Transferor<br>By: Doral Bank<br>**SERGIO A. RAMÍREZ DE ARELLANO LAW OFFICES**<br>SUITE 1022, BANCO POPULAR CENTER<br>209 MUÑOZ RIVERA AVENUE<br>SAN JUAN, PR 00918-1009<br>TELEPHONE NO. (787) 765-2988<br>sramirez@sarlaw.com | Filed By:<br>Fidelity National Title Ins. Co.<br>Successor by merger to<br>Lawyers Title Ins.<br>c/o Carlos E. Rodriguez<br>Quesada   Law Offices<br>PO Box 9023115<br>San Juan, PR 00902-3115<br>TEL: 787-724-2867<br>cerqlaw@coqui.net |